IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIEZER ESAU PINEDA          :            CIVIL ACTION
NAJARRO

     v.

J.L. JAMISON, Warden, Federal            NO.  26-4693
Detention Center, Philadelphia, et al.

## ORDER

**AND NOW**, this 10th day of August, 2026, the Government having certified its compliance with Paragraph 3 of our Order dated July 9, 2026 (see Docket Nos. 5, 6) and Petitioner having failed to file a motion for costs and fees pursuant to the EAJA, **IT IS HEREBY ORDERED** that the Clerk shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.